**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,     :    No. 526 EAL 2021

          Respondent               :

                                 :    Petition for Allowance of Appeal

            v.                   :    from the Order of the Superior Court

                                 :

COREY TAYLOR,                       :

          Petitioner              :


## <u>ORDER</u>


**PER CURIAM**

       **AND NOW**, this 19th day of April, 2022, the Petition for Allowance of Appeal is **DENIED**.